IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE D. WILLIAMS,

    Plaintiff,

v.                                           Case No.: 3:07cv118/MCR/EMT

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

    As directed by the court in its order dated April 10, 2007, defendant has filed copies of the mandate and opinion recently issued by the Supreme Court of Florida in Florida Farm Bureau Casualty Insurance Co. v. Cox, 32 Fla. L. Weekly S564 (Fla. Sept. 20, 2007), and Ceballo v. Citizens Prop. Ins. Corp., 32 Fla. L. Weekly S566 (Fla. Sept. 20, 2007).

    In light of the decisions in Cox and Ceballo, supra, the stay previously imposed by the court in this case is LIFTED.  Within ten (10) days, the parties shall file a joint status report stating what issues, if any, remain to be litigated following the Supreme Court of Florida's decisions.

    **DONE and ORDERED** this 29th day of October, 2007.

                                                          s/ *M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**