IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOE D. WILLIAMS,**

    **Plaintiff,**

v.                                          **Case No.: 3:07cv118/MCR/EMT**

**AUTO-OWNERS INSURANCE COMPANY,**

    **Defendant.**

_____/

**O R D E R**

    This action was stayed pending the Supreme Court of Florida's decisions in <u>Florida Farm Bureau Casualty Insurance Co. v. Cox</u>, 32 Fla. L. Weekly S564 (Fla. Sept. 20, 2007), and <u>Ceballo v. Citizens Prop. Ins. Corp.</u>, 32 Fla. L. Weekly S566 (Fla. Sept. 20, 2007).  As directed by the court in its order dated October 29, 2007, the parties have filed a joint status report stating what issues, if any, remain to be litigated following the Court's recent decisions in those cases.

    Plaintiff reports the issues of total loss or additional uncompensated wind damages, causation, and other covered losses under the policy remain to be litigated.  Defendant's position is that plaintiff's claims under Valued Policy Law ("VPL") in effect in Florida as of 2004 should be dismissed, in light of <u>Cox</u> and <u>Ceballo</u>, and that if plaintiff desires to pursue additional uncompensated wind damages and other covered losses under the policy he should be directed to file an amended complaint.

    Although an initial scheduling order had been entered when the court entered its stay on April 10, 2007, to the court's knowledge no discovery had been conducted; also, no dispositive motions were pending at that time and none have since been filed. Accordingly, by separate order the court shall enter an amended initial scheduling order in order that this matter may proceed.  If plaintiff contends that issues remain to be litigated in this action but concedes that any claim under the VPL cannot succeed, he should file an appropriately amended complaint within fourteen (14) days of the date of this order.

    **DONE and ORDERED** this 19th day of November, 2007.

                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**