**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOE D. WILLIAMS,

    Plaintiff,

vs.                                          CASE NO.: 3:07cv118/MCR/EMT

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.
_____/

**AMENDED ORDER OF DISMISSAL**

    This matter is before the Court upon the parties' Stipulation Of Dismissal. (Doc. 28). The previously entered Order of Dismissal (doc. 27) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 17th day of June, 2008.


                                                    s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  UNITED STATES DISTRICT JUDGE**